# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

ARTHUR LEE SCOTT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-0747

_____

August 21, 2024

Appeal from the Circuit Court for Pinellas County; Michael F. Andrews, Judge.

Howard L. Dimmig, II, Public Defender, and Ann Fitz, Special Assistant Public Defender, Palm Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Natalia Reyna-Pimiento, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

KELLY, ROTHSTEIN-YOUAKIM, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.